UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


GLENN KOENEMANN,

       Petitioner,

v.                          CASE NO. 5:06-cv-10852
                                HONORABLE JOHN CORBETT O'MEARA

HELEN MARBERRY,

       Respondent.
_____/

## ORDER GRANTING COUNSEL'S APPLICATION FOR ADMISSION TO THE BAR AND FOR WAIVER OF LOCAL COUNSEL

    This matter is pending before the Court on petitioner Glenn Koenemann's habeas corpus petition, which he filed through attorney Benson Weintraub of Fort Lauderdale, Florida. Mr. Weintraub recently applied for admission to practice law in this District and for waiver of local counsel. Petitioner, however, states in a handwritten letter dated April 25, 2006, that he has not retained Mr. Weintraub as counsel and that he wants all court documents mailed directly to him.

    A person is eligible for admission to the bar of this Court if the person has been admitted to practice in a state court of record and is in good standing. Local Rule 83.20(c)(1) (E.D. Mich. Sept. 8, 1997). "An applicant for admission to the bar of this court must pay the fee established by the court and complete the application provided by the clerk." Local Rule 83.20(d)(1). "A sponsor who is a member of the bar of this court must sign a declaration supporting the application for admission." Local Rule 83.20(d)(2). A person who is not an active member of the State Bar of Michigan generally may not appear as attorney of record without specifying local counsel. Local Rule 83.20(f). The Court, however, "may relieve an attorney who is not an

active member of the State Bar of Michigan of the obligation to specify local counsel." *Id.*

Mr. Weintraub indicates in his pending application that he is a member in good standing of the State Bar of Florida and that he has not been the subject of an order of discipline, nor held in contempt. He wishes to waive the requirement of local counsel to avoid the financial burden on Petitioner. Susan Van Dusen, who is admitted to practice in this Court, has declared that Mr. Weintraub is of good character and reputation and that he is qualified to practice as a member of the Bar of this Court. For all these reasons, the Court grants Mr. Weintraub's application for admission to practice in this Court and his request for waiver of local counsel [Doc. #7, Apr. 27, 2006]. He shall complete the enclosed index card (application for admission) and return it to the Clerk of the Court.

The Court ORDERS the Clerk of Court to refund the $200.00 that Mr. Weintraub submitted with his application, because he paid the application fee on November 30, 1994.[1] The Court further ORDERS the Clerk of Court to mail Petitioner's letter of April 25, 2006, to Mr. Weintraub so that he can decide whether he wants to continue representing Petitioner.

s/John Corbett O'Meara_____
John Corbett O'Meara
United States District Judge

Dated: May 23, 2006

---

[1] Although Mr. Weintraub paid the admission fee in 1994, he did not complete the paperwork that the Clerk of Court sent to him. Consequently, he was not admitted to practice law in this District.

2

Copies:

Benson Weintraub
Benson Weintraub Assoc.
100 N. Biscayne Boulevard
Suite 1100
Miami, FL 33132

patricia.gaedeke@usdoj.gov

Glenn Koenemann #70441-004
FCI
Box 1000
Milan, MI  48160